B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Mazen G Nagi__

Debtor(s)

Case No. _____

Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __306.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __76.50__ Check one    ☐ With the filing of the petition, or
                            ■ On or before  __4/05/13__

   $ __76.50__ on or before  __5/06/13__

   $ __76.50__ on or before  __6/05/13__

   $ __76.50__ on or before  __7/03/13__

   **FILED**
   UNITED STATES BANKRUPTCY COURT
   NORTHERN DISTRICT OF ILLINOIS
   MAR 07 2013
   KENNETH S. GARDNER, CLERK
   DEPUTY CLERK - LD

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date __March 7, 2013__                    Signature _/s/ Mazen Nagi_
                                                    Mazen G Nagi
                                                    Debtor

_Pro Se_
Attorney for Debtor(s)

B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Mazen G Nagi**  
                        Debtor(s)

Case No. _____  
Chapter  **7**

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __76.50__ Check one     ☐ With the filing of the petition, or  
                                   ☑ On or before __4/5/13__

$ __76.50__ on or before _____

$ __76.50__ on or before _____

$ __76.50__ on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Date __3/7/13__

BY THE COURT  
Clerk of the U.S. Bankruptcy Court  
KENNETH S. GARDNER  
_United States Bankruptcy Judge_